```
1  Steve Bolton, Pro Se'
2  7542 Splashing Rock Dr.
3  Las Vegas, NV. 89131
4  702-772-9807
5  sbolton7@centurylink.net
6
7              IN THE UNITED STATES DISTRICT COURT
8                   FOR THE DISTRICT OF NEVADA
```

| | |
|---|---|
| Steve Bolton Pro Se'<br>Plaintiff | )<br>)<br>) |
| V. | ) Case No:2:11-cv-00387<br>) |
| Guglielmo & Assoc.<br>Defendant | )<br>)<br>) **Civil Rights Violation Complaint** |
| Discover Financial Services a.k.a DFS<br>Services, Discover Card, NB Holding et al,<br>Discover Bank<br>Co-Defendant<br>Does 1 through 10 | ) **Trial By Jury Demanded**<br>)<br>)<br>)<br>) |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff, Steven Bolton states as follows and hereby discloses as follows:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case: The Plaintiffs are not any type of Corporation or LLC etc. but private individuals.
**Plaintiff, Steven Bolton Pro Se'**

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:
**None known at this time.**

3.) The name of every other entity which is likely to be an active participant

1

in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:
**None known at this time.**

4.) The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:
**Steven Bolton  (Plaintiff)**

I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted this 15th day of March, 2011

X _____
Steven Bolton
7542 Splashing Rock Dr.
Las Vegas, NV 89131
702-772-9807
sbolton7@centurylink.net

## **CERTIFICATE OF SERVICE**

I, the Plaintiff, Steven Bolton, do hereby certify that a copy of this Certificate of Interested Parties was sent to the Defendant, Guglielmo & Assoc Defendant at 3376 S Eastern Ave Ste 188A, Las Vegas, NV 89169 has been served upon the Defendant via process server along with the Co-Defendant DISCOVER BANK Co-Defendant has been served at their registered agent's place of business at 2500 Lake Cook Rd., Riverwoods, IL 60015-3851, for the purpose of satisfying the requirement for Notice and Service and was sent via the United States Postal Service pursuant to Federal Rules of Civil Procedure 4 (c) (2) (c) (i). This will also be available to any and all PACER ECF participants and will serve as Notice and Service.

X _____
Steve Bolton
7542 Splashing Rock Dr.
Las Vegas, NV. 89131
702-772-9807
sbolton7@centurylink.net