# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVE BOLTON PRO SE' <br><br> Plaintiff, <br><br> vs. <br><br> GUGLIELMO & ASSOC.; DISCOVER FINANCIAL SERVICES a.k.a DFS SERVICES, DISCOVER CARD, NB HOLDING ET AL, DISCOVER BANK, <br><br> Defendants. | Case No. 2:11-cv-00387 <br><br> **VOLUNTARY ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES** |

Plaintiff herein, Steve Bolton, having resolved all issues with Defendants and the Court otherwise being fully informed in the premises:

IT IS HEREBY ORDERED that the captioned matter be, and hereby is, voluntarily dismissed with prejudice and without costs or fees to any party.

DATED June 7, 2011.

_____
U.S. District Court Judge

By:_____
Steven Bolton, Pro Se
7542 Splashing Rock Dr.
Las Vegas, NV 89131

DETROIT 29083-21 1200768v1

Guglielmo & Associates
Amy B. Leigh, Esq.
Nevada Bar 12021
3375 South Eastern Avenue, Suite 188A
Las Vegas, Nevada  89169
702.889.6009 x 2


May 19, 2011

United States District Court
Quality Control
District of Nevada
333 Las Vegas Boulevard South Room 1334
Las Vegas, NV  89101

STEVE BOLTON PRO SE'                          Case No. 2:11-cv-00387
    Plaintiff,
    v.
GUGLIELMO & ASSOC.; DISCOVER
FINANCIAL SERVICES a.k.a. DFS
SERVICES, DISCOVER CARD, NB
HOLDING ET AL, DISCOVER BANK,
    Defendants.

Dear Quality Control Personnel,

    Please see the enclosed Voluntary Order of Dismissal With Prejudice and Without Costs or Fees, regarding 2:11-cv-00387, in which this firm is a named Defendant.  I inadvertently signed the document on the line where the Judge is to sign.  I have tried to contact the Plaintiff, Steve Bolton to ask him to sign another order, however, the phone number I have for him is disconnected and when I called his employer, I was told that I would not be able to speak with him or leave a message for him without having the department number, which I do not.

    I would like to respectfully ask the court to enter the order, if possible, despite my mistake.

Sincerely,

Amy Leigh, Esq.