1 Steve Bolton, Pro Se'
2 7542 Splashing Rock Dr.
3 Las Vegas, NV. 89131
4 702-772-9807
5 sbolton7@centurylink.net
6
7 **IN THE UNITED STATES DISTRICT COURT**
8 **FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Steve Bolton Pro Se' ) | |
| Plaintiff ) | |
| ) | |
| V. ) | Case No: 2:11-CV-00387-JCM-RJJ |
| ) | |
| Guglielmo & Assoc. ) | |
| Defendant ) | |
| ) | **Summary Judgment** |
| Discover Financial Services a.k.a DFS ) | |
| Services, Discover Card, NB Holding et al, ) | |
| Discover Bank ) | |
| Co-Defendant ) | |
| Does 1 through 10 ) | |

9 **PLAINTIFF'S MEMORANDUM IN SUPPORT OF SUMMARY**
10 **JUDGMENT**
11
12 **Comes now** the Plaintiff Steve Bolton:
13 Plaintiff, Defendant and Co-Defendant entered into a settlement agreement in which this Federal
14 lawsuit, a lower Justice Court lawsuit and correction to Plaintiff's credit report was agreed upon.
15 See Exhibit F.  The Defendant and Co-Defendants have not acted in good faith by maliciously
16 refusing to comply with the Settlement Agreement leaving the Plaintiff no choice but to seek
17 Justice in this Honorable Federal court.
18 Under section 2(B) of the Settlement Agreement, within 7 days of the signing of the Agreement,
19 payment was to be made.   All parties signed and the check was cashed on 5/16/2011.
20 Under section 2(C) of the Settlement Agreement, both the Federal action and the Justice Court
21 lawsuit were to be Dismissed with Prejudice.  On May 27th. Defendant filed the Dismissal for the
22 Federal Complaint with the Federal Clerk.  In order to file the order Dismissing the Federal
23 Lawsuit, the Defendant had to have had the signed Settlement Agreement because their signature
24 and the Plaintiff's signature was on the document. See Exhibit G.  To date, the Defendant has

1

25  NOT filed the order Dismissing the Justice Court action.  The Defendant is operating with

26  Malice, unjust enrichment and intent to defraud Plaintiff by immediately filing the order

27  Dismissing Plaintiffs' Federal complaint while at the same time hoping to receive Summary

28  Judgment of the Justice Court after signing the Settlement Agreement.

29  Under section 2(D) of the Settlement Agreement, Co-Defendant was to report to four Credit

30  Reporting Agencies (Trans Union, Equifax, Experian and Innovis) within seven days that the

31  account is closed with a "$0 balance currently owing."  To date, Plaintiff has contacted Co-

32  Defendant and their council on numerous occasions asking for them to report to the Credit

33  Reporting Agencies according to the Settlement Agreement.  The Co-Defendant had Seven days

34  to complete their task.  Co-Defendants council has sent me an email stating that the Co-

35  Defendant has in fact reported to the Credit Reporting Agencies the updated information to

36  which the Plaintiff simply asked council to forward that document and Plaintiff could resolve the

37  Erroneous and Inaccurate reporting directly with the agencies.   See Exhibit H.  However, as of

38  this date, Co-Defendant has refused to comply with their end of the Settlement Agreement

39  causing severe stress and civil rights violations to the Plaintiff.  Co-Defendant's Erroneous and

40  Inaccurate Reporting is showing a NEGATIVE impact on Plaintiff's credit score: " **DISCOVER**

41  **FIN SVCS LLC Payment status Derogatory Charged-off impact on scores High**".

42

43

44  **WHEREFORE,** The Defendant has violated the DCPA and the Plaintiffs rights under the law

45  The Defendant has damaged the Plaintiff both monetarily and emotionally. Plaintiff demands

46  judgment for punitive damages for $50,000.00 along with $4,000.00 for their violations of

47  DCPA and any other damages the court deems permissible.

48

49  **WHEREFORE,** the Co-Defendant has violated the Fair Credit Reporting Act.

50  Plaintiff demands Judgment in the amount of $2,640,000.00, plus all costs of this action along

51  with punitive damages in the amount of $50,000.00, for their violations of FCRA and any other

52  damages the court deems permissible.

53

54

55  ## Summation

2

Plaintiff has a signed Settlement Agreement with the Defendant and Co-Defendant. The Defendant and Co-Defendants have not acted in good faith by maliciously refusing to comply with the Settlement Agreement leaving the Plaintiff no choice but to seek Justice in this Honorable Federal court. Therefore the Defendant has left the Justice court Summary Judgment action open to unjustly enrich them against the Plaintiff. Co-Defendant has been reporting erroneous and inaccurate information on the Plaintiff's credit reports and the Co-Defendant has failed to provide proof of the correction as requested by the Plaintiff. The Plaintiff now has a negatively impacted credit score as of this date and has been denied credit and/or denied credit at reasonable rates because of the willful noncompliance and negligent actions of erroneous and inaccurate reporting and/or inaction's of the Co-Defendant. Co-Defendant has not only violated the Plaintiff's civil rights but damaged the Plaintiff both monetarily and emotionally.

Respectfully submitted this 21st Day of June, 2011.

Steve Bolton
7542 Splashing Rock Dr.
Las Vegas, NV. 89131
702-772-9807
sbolton7@centurylink.net

## CERTIFICATE OF SERVICE

86   I hereby certify that a copy of the forgoing complaint/summons Bolton vs. Guglielmo & Assoc

87   Defendant at 3376 S Eastern Ave Ste 188A, Las Vegas, NV  89169 has been served upon the

88   Defendant via process server along with the Co-Defendant DISCOVER BANK Co-Defendant

89   has been served at their registered agent's place of business at 2500 Lake Cook Rd.,

90   Riverwoods, IL 60015-3851, on or about __2¹ˢᵗ__ day of ~~March~~, 2011 with affidavit of

91   service by Process Service Receipt to be submitted to the Clerk of the Court.

92

93                                   _____

94                                   Steve Bolton
95                                   7542 Splashing Rock Dr.
96                                   Las Vegas, NV. 89131
97                                   702-772-9807
98                                   sbolton7@centurylink.net

4

**GUGLIELMO & ASSOCIATES**
Sophia K. Cione
Nevada Bar #10002
3376 S Eastern Avenue Ste 188-A
Las Vegas NV 89169
(702)889-6009
Attorney for Plaintiff

Justice Court, Las Vegas Township

Clark County, Nevada

| | |
|---|---|
| Discover Bank | ) |
|       Plaintiff | ) Case No.: 10C-036769 |
| vs. | ) Dept No.: |
| | ) |
| Steve Bolton Jane/John Doe Bolton (if married) | ) **STIPULATION AND ORDER FOR** |
| | ) **DISMISSAL WITH PREJUDICE** |
|       Defendant(s) | ) |
| | ) |

COMES NOW, Plaintiff and Defendants, Steve Bolton, and hereby agree and stipulate that the above-entitled action may be dismissed as to all claims against all parties, with prejudice, each of the parties to pay their own costs and attorney's fees incurred herein.

DATED April 14, 2011.

GUGLIELMO & ASSOCIATES

_____     _____
Sophia K. Cione                     Steve Bolton
Nevada Bar #10002                   Defendant
3376 S Eastern Avenue Ste 188-A
Las Vegas NV 89169
(702)889-6009
Attorney for Plaintiff

IT IS SO ORDERED this _____ day of _____, 20_____.

_____
JUSTICE OF THE PEACE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVE BOLTON PRO SE' <br><br>          Plaintiff, <br><br> vs. <br><br> GUGLIELMO & ASSOC.; DISCOVER FINANCIAL SERVICES a.k.a DFS SERVICES, DISCOVER CARD, NB HOLDING ET AL, DISCOVER BANK, <br><br>          Defendants. | Case No. 2:11-cv-00387 <br><br> **VOLUNTARY ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES** |

Plaintiff herein, Steve Bolton, having resolved all issues with Defendants and the Court otherwise being fully informed in the premises:

IT IS HEREBY ORDERED that the captioned matter be, and hereby is, voluntarily dismissed with prejudice and without costs or fees to any party.

_____
U.S. District Court Judge

By: _____
Steven Bolton, Pro Se
7542 Splashing Rock Dr.
Las Vegas, NV 89131

DETROIT 29083-21 1200768v1

## SETTLEMENT AND RELEASE AGREEMENT

THIS SETTLEMENT AND RELEASE AGREEMENT ("Agreement") is made by and among DB Servicing Corporation, as Successor to DFS Services LLC, formerly known as Discover Financial Services, Inc. ("DFS"), a Delaware corporation whose principal place of business is 2500 Lake Cook Road, Riverwoods, IL  60015, Guglielmo & Associates, PLLC ("Guglielmo"), an Arizona professional limited liability company that conducts business at 3376 S. Eastern Avenue, Suite 188A, Las Vegas, NV 89169 and Steve Bolton ("Bolton"), a Nevada resident whose address is 7542 Splashing Rock Dr., Las Vegas, NV  89131. This Agreement is effective as of the date all signatories have executed the same.

### RECITALS

A.      Bolton had a Discover®Card account ending in 2388 (the "Account") which was closed by DFS.

B.      On or about December 23, 2010, Guglielmo filed a civil action on behalf of Discover in the Justice Court, Las Vegas Township in Clark County, Nevada, case #10C-036769 (the "State Action") alleging Bolton owed money on the Account.

C.      Bolton denies the allegations in the State Action.

D.      On March 14, 2011, Bolton filed a civil action against DFS and Guglielmo in the U.S. District Court for the District of Nevada, case #2:11-cv-00387-JCM-RJJ (the "Federal Action") alleging violation of the Fair Debt Collection Practices Act and the Fair Credit Reporting Act.

E.      DFS and Guglielmo both deny the allegations in the Federal Action.

F.      Bolton, DFS and Guglielmo wish to resolve the State Action, the Federal Action and all other disputes they may have with each other upon the terms and conditions of this Agreement.

NOW, THEREFORE, in consideration of the mutual promises set forth below, the adequacy of which is hereby acknowledged, the parties agree as follows:

1.      GENERAL PROVISIONS

A.      Recitals.  The foregoing recitals are incorporated into and made a part of this Agreement.

B.      No Admission.  This Agreement is a settlement agreement. Bolton acknowledges that nothing herein shall be considered as an admission of any liability or responsibility for, or the correctness of, any of the allegations or claims which were or may have been asserted by Bolton against DFS or Guglielmo, including but not limited to, anything alleged in the Federal Action, or that could be asserted by counterclaim in the State Action.

2.    RELEASE, PAYMENT, DISMISSAL OF ACTIONS, REPORTING REQUIREMENTS & TERMINATION OF RELATIONSHIP

A.    Release.  Bolton on behalf of himself, spouse, children, and any other person or entity complaining by or on his behalf, in any manner, hereby forever releases, discharges, acquits and holds DFS and Guglielmo, and their directors, shareholders, officers, employees, attorneys, subsidiaries, parent companies, affiliates (including, but not limited to Discover Bank), and agents harmless without limitation, from any and all claims, injuries or causes of action, whether known or unknown, which may exist or could have been brought as of the date of the execution of this Agreement, and specifically relating to all facts or causes of action alleged in the Federal Action or could have been alleged by counterclaim in the State Action.

DFS and Guglielmo, and their directors, shareholders, officers, employees, attorneys, subsidiaries, parent companies, affiliates (including, but not limited to Discover Bank), and agents on their behalf, in any manner, hereby forever releases, discharges, acquits and holds Bolton, spouse, children, and any other person or entity complaining by or on their behalf, in any manner, hereby forever releases, discharges, acquits and holds Bolton harmless without limitation, from any and all claims, injuries or causes of action, whether known or unknown, which may exist or could have been brought as of the date of the execution of this Agreement, and specifically relating to all facts or causes of action alleged in the State Action.

B.    Payment.  Upon the execution and delivery of this Agreement, Bolton shall, within seven (7) days, make a one-time lump-sum payment by certified funds or cashiers' check in the amount of one thousand dollars ($1,000.00) made payable to DB Servicing Corporation.

C.    Dismissal of Actions.  Upon receipt of the payment required under Section 2(B) of this Agreement, and prior to DFS depositing, cashing or transferring the same, Guglielmo shall deliver to Bolton an executed copy of the Stipulated Order of Dismissal With Prejudice and Without Costs Or Fees of the State Action that is attached as Exhibit 1 and Bolton a Voluntary Order of Dismissal With Prejudice and Without Costs or Fees of the Federal Action attached as Exhibit 2 (the "Orders").  DFS and Bolton shall be authorized to immediately file the same.

D.    Reporting Requirements.  Upon receipt of payment, DFS shall report to four (4) credit reporting agencies ("CRAs") (Trans Union, Equifax, Experian and Innovis) that Bolton's account reflects "$0 balance currently is owing."  Bolton acknowledges and agrees DFS or Guglielmo will have no further reporting obligations to the CRAs, nor any obligation to clear up or correct any negative information previously reported to the CRAs.  Bolton further acknowledges and agrees DFS and Guglielmo have no control how the CRAs will report the information furnished by DFS and that all further reporting issues will be handled by Bolton directly with the CRAs and not DFS or Guglielmo.

E.    Termination of Relationship.  Bolton (and his spouse) agree to never apply for a Discover®Card, or allow himself (or his spouse) to be listed as an authorized user on any other person's Discover®Card account.  Bolton acknowledges that in the future, he may receive solicitations from Discover.  Bolton agrees to disregard any such solicitation and understands that any solicitation inadvertently directed to him should not be construed as an invitation to

2

apply for or accept a Discover®Card or any credit card from any of Discover's parent corporations. Further, any such solicitation does not waive the covenants contained in this Agreement, nor shall such solicitation be construed to violate any consumer protection or advertising laws.

3.    MISCELLANEOUS TERMS

A.    Governing Law; Binding Effect.   This Agreement shall be governed and construed by the laws of the State of Nevada without regard to the rules of conflicts thereto. It shall be binding upon and shall insure to the benefit of all of the parties involved and their successors and assigns, if any.

B.    Knowing Execution.   Bolton confirms that he has read this Agreement and understands its terms. He further confirms that he has had the benefit and advice of any professional(s) he deems necessary, including attorneys and accountants, and that he intends to be bound by the terms and conditions of this Agreement.

C.    Confidentiality.   DFS, Guglielmo and Bolton further agree that absent a court order or a requirement of Nevada law, they will each: (i) maintain the confidentiality of the amount of the settlement; (ii) maintain the confidentiality of the terms and provisions of the settlement; and (iii) maintain the confidentiality of the amount of offers, counter-offers, and terms of negotiations leading to this Agreement. If asked, all parties will only state that the matter "has been settled."

D.    Partial Invalidity.   In the event that any portion of this Agreement is deemed invalid or void under applicable existing law, then such portions are to be modified in the letter and spirit of the Agreement to the extent permitted by applicable law so as to be rendered valid.

E.    Entire Agreement; Modifications.   The Agreement sets forth the entire understanding and agreement as to all disputes between the parties and supersedes any and all prior agreements, covenants, arrangements, communications, representations or warranties, whether oral or written. No modifications, waivers or amendments of any kind will be considered valid unless they are evidenced by a writing executed by a duly authorized officer or attorney of DFS, Bolton and/or Guglielmo. The parties further expressly agree that their course of dealing with one another, past or present, cannot modify or alter this Agreement in any way.

3

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date written next to their signatures.

_____

Steve Bolton

Date: ___4/18/2011_____

_____

DB SERVICING CORPORATION, as Successor to DFS SERVICES LLC, f/k/a DISCOVER FINANCIAL SERVICES, INC.

By: _____

Its: __Manager Policy & Procedure__

Date: __5/5/11_____

GUGLIELMO & ASSOC.

By: _____

Its: _____

Date: _____

DETROIT 29083-21 1199643v1

4

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date written next to their signatures.

_____
Steve Bolton

Date:_____4/18/2011_____


_____
DB SERVICING CORPORATION, as Successor to DFS SERVICES LLC, f/k/a DISCOVER FINANCIAL SERVICES, INC.

By:_____

Its:_____

Date:_____

GUGLIELMO & ASSOC.

By:_____

Its:_____Director of Litigation_____

Date:_____04/26/11_____

FILED ___RECEIVED
___ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

2011 MAY 27  P 12: 00

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

_____DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVE BOLTON PRO SE' <br><br> Plaintiff, <br><br> vs. <br><br> GUGLIELMO & ASSOC.; DISCOVER FINANCIAL SERVICES a.k.a DFS SERVICES, DISCOVER CARD, NB HOLDING ET AL, DISCOVER BANK, <br><br> Defendants. | Case No. 2:11-cv-00387 <br><br><br> **VOLUNTARY ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES** |

Plaintiff herein, Steve Bolton, having resolved all issues with Defendants and the Court

otherwise being fully informed in the premises:

IT IS HEREBY ORDERED that the captioned matter be, and hereby is, voluntarily

dismissed with prejudice and without costs or fees to any party.

DATED June 7, 2011.

U.S. District Court Judge

By: _____

Steven Bolton, Pro Se
7542 Splashing Rock Dr.
Las Vegas, NV 89131

DETROIT 29083-21 1200768v1

Guglielmo & Associates
Amy B. Leigh, Esq.
Nevada Bar 12021
3375 South Eastern Avenue, Suite 188A
Las Vegas, Nevada  89169
702.889.6009 x 2


May 19, 2011

United States District Court
Quality Control
District of Nevada
333 Las Vegas Boulevard South Room 1334
Las Vegas, NV  89101

STEVE BOLTON PRO SE'                          Case No. 2:11-cv-00387
      Plaintiff,
      v.
GUGLIELMO & ASSOC.; DISCOVER
FINANCIAL SERVICES a.k.a. DFS
SERVICES, DISCOVER CARD, NB
HOLDING ET AL, DISCOVER BANK,
      Defendants.

Dear Quality Control Personnel,

      Please see the enclosed Voluntary Order of Dismissal With Prejudice and Without Costs or Fees, regarding 2:11-cv-00387, in which this firm is a named Defendant.  I inadvertently signed the document on the line where the Judge is to sign.  I have tried to contact the Plaintiff, Steve Bolton to ask him to sign another order, however, the phone number I have for him is disconnected and when I called his employer, I was told that I would not be able to speak with him or leave a message for him without having the department number, which I do not.

      I would like to respectfully ask the court to enter the order, if possible, despite my mistake.

Sincerely,



Amy Leigh, Esq.

From: "Christopher A. Cornwall" <CCornwall@dickinson-wright.com>
Subject: **RE: Steve Bolton**
Date: June 9, 2011 9:35:47 AM PDT
To: Steven Bolton <sbolton7@centurylink.net>

I am in the process of following up on your email, but I think you misunderstood what I meant regarding the reporting of information.  Discover is not taking weeks to report.  Once Discover reports the information, the reporting agencies can take weeks to actually input and update the system.

I will provide an update as soon as I hear from the client.

Christopher A. Cornwall
Dickinson Wright PLLC
Detroit | Nashville | Washington, D.C. | Toronto | Las Vegas |
Phoenix | Bloomfield Hills | Grand Rapids | Ann Arbor | Lansing

P 313.223.3530 | F 313.223.3598
www.dickinsonwright.com
ccornwall@dickinsonwright.com

**From:** Steven Bolton [mailto:sbolton7@centurylink.net]
**Sent:** Thursday, June 09, 2011 12:22 PM
**To:** Christopher A. Cornwall
**Subject:** Re: Steve Bolton

Thank you for your response but the settlement agreement states they have 5 days.  Also, they could have updated their system June 1.  Please advise your client to take this matter seriously.  I have done everything I said I would and I expect the same from Discover.  Please contact Discover, find out when they are going to update the reporting agencies and let me know.
Thank you,
Steve

On Jun 9, 2011, at 9:13 AM, Christopher A. Cornwall wrote:

Mr. Bolton,

Information provided to reporting agencies is not always updated quickly and sometimes takes several weeks.  I will provide an update as soon as possible, but I assure you this matter is being handled per the terms of the Settlement Agreement.

Christopher Cornwall

Christopher A. Cornwall
Dickinson Wright PLLC
Detroit | Nashville | Washington, D.C. | Toronto | Las Vegas |
Phoenix | Bloomfield Hills | Grand Rapids | Ann Arbor | Lansing

P 313.223.3530 | F 313.223.3598
www.dickinsonwright.com
ccornwall@dickinsonwright.com

**From:** Steven Bolton [mailto:sbolton7@centurylink.net]
**Sent:** Thursday, June 09, 2011 10:50 AM
**To:** Christopher A. Cornwall
**Cc:** davidoppenheim@discover.com
**Subject:** Steve Bolton

Hi Mr. Cornwall,

I ran my credit report this morning and found some very shocking information. Discover has NOT fulfilled their end of the signed settlement agreement. I expect this matter to be rectified immediately or I will retain legal council and prosecute for willful malice and other offenses. The information was taken from my credit report and is difficult to read but I bolded the parts that prove my frustration. Please speak to your client immediately or I will have the matter prosecuted. Again, our settlement agreement was to show Discover with a $0 balance, closed. This is showing **high** on my credit report as a **negative**.

Thank you,
Steve Bolton


DISCOVER FIN SVCS LLC   Experian Equifax TransUnion Account Name: DISCOVER FIN SVCS LLC DISCOVR CD DISCOVER FIN Account Number: 60110006XXXX 60110006XXXX 60110006XXXX Account Type: Revolving Revolving Revolving **Account Status: Closed UnPaid** UnPaid Monthly Payment: - $103 - Date Opened: 05/2008 05/2008 05/2008 **Balance: $5,120 $5,120 $5,120** Terms: High Balance: - $9,100 $8,720 Limit: $9,100 - $9,100 Past Due: $122 $122 $122 Payment Status: **150 Days Late Chargeoff or Collection Chargeoff or Collection** Comments:  Account closed at consumers request

 Account closed at consumer's request and in dispute

 Credit Card

 Dispute of account information/closed by consumer

24- Month Payment History <~WRD000.jpg>Date:

Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May


09 09 09 09 09 09 09 10 10 10 10 10 10 10 10 10 10 10 10 11 11 11 11 11

Experian:

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK 30 60 90 120 150 180 CO CO

Equifax:

OK OK OK 30 60 90 120 120 120 OK


1DISCOVER FIN SVCS LLCPayment status**DerogatoryCharged-offCharged-off**
**impact on scores High**

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s) and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail. Thank you

In accordance with U.S. Treasury regulations, if this message contains advice concerning one or more Federal tax issues, it is not a formal legal opinion and may not be used by any person for the avoidance of Federal tax penalties.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail. Thank you

In accordance with U.S. Treasury regulations, if this message contains advice concerning one or more Federal tax issues, it is not a formal legal opinion and may not be used by any person for the avoidance of Federal tax penalties.