1  Steve Bolton, Pro Se'
2  7542 Splashing Rock Dr.
3  Las Vegas, NV. 89131
4  702-772-9807
5  sbolton7@centurylink.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

Steve Bolton Pro Se' )
Plaintiff )
 )
V. )
 )  Case No: 2:11-CV-00387-JCM-RJJ
Guglielmo & Assoc. )
Defendant )
 )  **Order for Summary Judgment**
Discover Financial Services a.k.a DFS )
Services, Discover Card, NB Holding et al, )
Discover Bank )
Co-Defendant )
Does 1 through 10 )

## PLAINTIFF'S ORDER FOR SUMMARY JUDGMENT

This court has found that Co-Defendant DISCOVER BANK has not responded to Plaintiff's Motion for Summary Judgment and the court find for the Plaintiff for the amount of $2,640,000.00 for the following violations: **Civil liability for willful noncompliance [15 U.S.C. § 1681n], Civil liability for negligent noncompliance [15 U.S.C. § 1681o], Reporting erroneous and inaccurate information Fair Credit Reporting Act, section 623, Failure to mark the account in dispute. Fair Credit Reporting Act, section 623, § 615. Requirements on users of consumer reports,** *15 U.S.C. § 1681m(G).*

Adjudicated and Ordered this ____ day of ~~July~~ AUG, 2011.

_____
The Honorable James C Mahan
U.S. District Judge

1

25
26
27
28
29
30
31
32
33
34

## CERTIFICATE OF SERVICE

35 I hereby certify that a copy of the forgoing complaint/summons Bolton vs. DISCOVER
36 BANK Co-Defendant has been mailed to their place of business at 2500 Lake Cook Rd.,
37 Riverwoods, IL 60015-3851, on or about ____1ST____ day of ~~July~~ Aug, 2011 by USPS Certified
38 Mail.

39
40 _(signature)_
41 Steve Bolton
42 7542 Splashing Rock Dr.
43 Las Vegas, NV. 89131
44 702-772-9807
45 sbolton7@centurylink.net