UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEVE BOLTON,

        Plaintiff,

v.

GUGLIELMO ASSOC., et al.,

        Defendants.

2:11-CV-387 JCM (RJJ)

**ORDER**

Presently before the court are plaintiff Steve Bolton's motion for summary judgment (doc. #9) and proposed order on the motion (doc. #11).

On March 14, 2011, plaintiff filed his complaint (doc. #1) against Discover Bank, Discover Card, Discover Financial Services, NV Holding, and Guglielmo & Associates. On May 27, 2011, plaintiff filed a notice of voluntary dismissal (doc. #7). In his dismissal, he asserts that he "resolved all issues with [d]efendants," and that he wishes to voluntarily dismiss the case. (Doc. #7). The court entered an order granting the voluntary dismissal on June 7, 2011. (Doc. #8).

Subsequently, on June 21, 2011, plaintiff filed a motion for summary judgment (doc. #9), contending that defendants are not complying with the purported settlement agreement entered into by the parties. In the proposed order on the motion (doc. #11), plaintiff asserts that defendants owe him $2,640,000.00. However, as this case was voluntarily dismissed by the plaintiff himself (docs. #7 and #8) and has been closed by the court, the filing of the motion for summary judgment (doc.

**James C. Mahan**
**U.S. District Judge**

1 #9) and the proposed order (doc. #11) are inappropriate. Thus, the motion for summary judgment
2 (doc. #9) is denied.
3     Accordingly,
4     IT IS HEREBY ORDERED ADJUDGED AND DECREED that plaintiff Steve Bolton's
5 motion for summary judgment (doc. #9) be, and the same hereby is, DENIED.
6     DATED August 8, 2011.

                                                                                     **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**